

William J. Harrington
212.459.7140
WHarrington@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

wharrington@goodwinlaw.com

+1 212 813 8800

November 1, 2018

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   **United States v. Diaz**, 18 Cr. 749 (DLC)

Dear Judge Cote:

I write to request an adjournment of the initial pretrial conference in the above referenced case.

On Monday, I was appointed to represent Jency Diaz, one of the defendants in the case. Prior to my appointment, the Court had already scheduled the initial pre-trial conference for November 13, 2018, at 2pm. I have a long-standing commitment to be in Washington, D.C. on that day.

Accordingly, I respectfully request that the Court adjourn the conference date for Mr. Diaz. In the alternative, I request permission to have one of my colleagues appear on my behalf. Yesterday, I spoke to AUSA Frank Balsamello, and he consented to my submitting this request to Your Honor.

Respectfully submitted,

William J. Harrington

CC by ECF: All counsel

ACTIVE/97200630.1