```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :      18cr749 (DLC)
                                         :
KEVIN MORA,                              :      ORDER
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 20, 2020, defendant Kevin Mora filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) or, in the alternative, to be released on bail. It is hereby

ORDERED that the Government shall file its response to the motion by **May 27, 2020.**

Dated:   New York, New York
         May 21, 2020

                                          _____
                                                  DENISE COTE
                                          United States District Judge